Edward PIORKOWSKI, Plaintiff, v. SOCONY VACUUM OIL COMPANY, Inc., Defendant.

No. 455.

District Court, M. D. Pennsylvania.

Sept. 10, 1940.

Louis A. Fine, of Honesdale, Pa., for plaintiff.

Philip V. Mattes, of Scranton, Pa., for defendant.

WATSON, District Judge.

This case is before the Court for determination of a motion for a bill of particulars.

This case involves a complaint and a motion similar to that in Alex. Lasicki v. Socony Vacuum Oil Company, Inc., 1 F. R.D. 384, wherein I have this day filed an opinion; hence, the same rules apply as are discussed in that opinion.

It is ordered that the motion for a bill of particulars be, and it is hereby, dismissed.